UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. DAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES GRACY and MARK GRACY, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 18-10396-FDS |

## DECLARATION OF BRANDON L. BIGELOW

Brandon L. Bigelow hereby declares as follows:

1. My name is Brandon L. Bigelow. I represent defendants, Charles and Mark Gracy, in this matter. I have personal knowledge of the facts set forth herein. I submit this declaration in support of Defendants' Opposition to Renewed Motion for Summary Judgment and Attachment and Memorandum in Support of Motion to Withdraw and Amend Admissions.

2. On or about March 16, 2019, counsel for defendants served Charles Gracy's Responses to Plaintiff's First Set of Requests for Admission. A true and correct copy of those responses is attached as Exhibit A.

3. On or about March 16, 2019, counsel for defendants served Mark Gracy's Responses to Plaintiff's First Set of Requests for Admission. A true and correct copy of those responses is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. This declaration was executed within the United States on March 25, 2019.

*/s/ Brandon L. Bigelow*
Brandon L. Bigelow

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 25, 2019.

    */s/ Brandon L. Bigelow*
    Brandon L. Bigelow